# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

## June 24, 2010

| | | |
|---|---|---|
| 29869 | Smith v. State | Affirmed |
| 29694 | State v. Oyama | Vacated and Remanded |
| 29590 | Tavares v. McNair | Affirmed |

## June 28, 2010

| | | |
|---|---|---|
| 29771 | Rapozo v. State | Affirmed |
| 28991 | RW, In re | Affirmed |
| 29852 | State v. Thon | Vacated and Remanded |
| 29774 | Urie v. Administrative Director of Courts | Affirmed |

## June 29, 2010

| | | |
|---|---|---|
| 28558 | Inouye v. Hughes | Affirmed |
| 29621, 29909 | State v. Kona | Reversed |
| 30040 | State v. Lovell | Affirmed |
| 29746 | State v. Maxwell | Affirmed |
| 28389 | State v. Worsham | Affirmed |

## June 30, 2010

| | | |
|---|---|---|
| 30079 | Kaopua v. State | Affirmed |
| 30028 | Loa v. State | Affirmed |
| 29846 | State v. Benson | Vacated and Remanded |

## July 7, 2010

| | | |
|---|---|---|
| 30111 | State v. Quinn | Reversed |
| 28802 | United Public Workers, AFSCME, Local 646, AFL-CIO, In re | Vacated and Remanded |

## July 14, 2010

| | | |
|---|---|---|
| 29857 | Carter v. State | Affirmed |